1  concerned that would affect a finding with respect to the
2  guidelines.
3      MR. COGAN: No, that's correct, Your Honor.
4      THE COURT: At this time then, Mr. Cogan, you've
5  pretty much covered, I think, any argument with respect to
6  mitigation, but if you'd like to say something more, I'd be
7  happy to hear from you.
8      MR. COGAN: No. Nothing further.
9      THE COURT: Mr. Willaman, is there anything you
10 would care to say?
11     THE DEFENDANT: No, Your Honor.
12     THE COURT: Mr. Piccinini?
13     MR. PICCININI: Your Honor, nothing beyond the
14 comments that I made.
15     THE COURT: As I said, I've read the letters that
16 came in support of Mr. Willaman. I've also heard the
17 arguments.
18     I find that he does have family responsibilities,
19 but on the other hand, they are not nearly as bad as a lot of
20 the ones that I have heard in here. They do have three grown
21 children, mature children, who certainly can help out.
22     I think Mr. Willaman was at least misguided by, I
23 don't know who was the leader here, whether it was Sivic,
24 Bilunka, or somebody else, but I think he was badly misled
25 and misguided by some or all of those gentlemen.

**EXHIBIT 2**