MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

| | |
|---|---|
| UNITED SATTES OF AMERICA | |
| Plaintiff | |
| vs. | No. CRIM 04-17 ERIE |
| DARRELL W. SIVIK (1) | |
| Defendant | |

HEARING ON ..... SENTENCE

Before Judge ..... MAURICE B. COHILL, JR.

Marshall Piccinini, AUSA         Joseph R. Conti, Esq.

*Appear for Plaintiff*           *Appear for Defendant*

Hearing begun ..... 1:30 pm. 10-4-05     Hearing adjourned to .....

Hearing concluded C. A. V. 2:00 pm 10-4-05   Stenographer ..... Mickey Powers

WITNESSES:

For Plaintiff                    For Defendant

19/I ; 30-37 months ; 2-3 s.L. ; 6,000-60,000 fine ; $200 s. a.

Defendant is sentenced to 35 months at Count 3 + Count 4 to be served concurrently for a total of 35 months ; 3 years supervised release at CTs 3+4, concurrent; Mandated drug testing is suspended ; $200 spec. assessmt ; Fine is waived, Counts 1+2 are dismissed pursuant to terms of plea agreement, Defendant permitted to self-report.

Present Bond Continued.