## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, __DARRELL SIVIK__ do hereby request leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this __CRIMINAL__ action, or to give security therefor, and that I believe I am entitled to redress.

I further state the following:

I am not employed ( ✓ )
or
I am employed by _____

and my salary is $ _____ per _____.

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above employment and state the amount):

__SSI $318.00 IN OCTOBER, $24.00 IN NOVEMBER__
__VARIES ON WIFE'S INCOME + FOOD STAMPS__
__$100.00 / MONTH__

I have $ __50__ IN CASH.

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| Northwest | Checking | 600.00 |
| | | |
| | | |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| | VALUE |
|---|---|
| House | $ 75,000.00 - NOTE 63,000. |
| Jeep Cherokee 1991 | $ 500.00 |
| | $ |

I have the following debts:

| | |
|---|---|
| MORTGAGE | 683.00/month |
| UTILITIES | $170/month |
| INSURANCE | 55.00/mnr |
| CAR INSURANCE | 90.-/mo |
| MEDICAL | 300/month |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| KATHLEEN | WIFE | 57 |
| | | |
| | | |
| | | |

DARRELL SIVIK
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___4th___ Day of ___October___, 20 _05_

_Darrell M Smith SR_
Plaintiff's Signature