## NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT  Western District Pennsylvania (ERIE)
                    (District/State)                              (Location)

U.S. TAX COURT ( )            CIRCUIT COURT
                              DOCKET NO. _____
                                         (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

United States of America        DISTRICT or
                                TAX COURT NO. 04-CR-0017
v.                              DISTRICT of
                                TAX COURT
Darrell Sivik                   JUDGE _____

Notice is hereby given that __Darrell Sivik__
                              (Named party)
appeals to the United States Court of Appeals for the Third Circuit from

(X) Judgment    ( ) Order    ( ) Other (Specify) _____

entered in this action on __October 4, 2005__
                          (date)

DATED: _____

_____
(Counsel for Appellant - Signature)

Joseph R. Conte                 Marshall Piccinini
(Name of Counsel - typed)       (Counsel for Appellee)

400 Seventh St., N.W., #400     17 S. Park Row
(Address)                       (Address)

Washington DC 20004             Erie, PA 16501
(City, State, Zip Code)         (City, State, Zip Code)

202.638.4100                    814.452.2906
(Telephone No. - U.S. Gov't FTS (Telephone No. - U.S. Gov't
 or Other)                       FTS or Other)

Fax 202.628.0249

email jrc1113@msn.com

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.