IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-17E-1 |
| | ) | |
| Darrell Sivik | ) | |

The above named defendant satisfied the judgment of October 4, 2005 by paying on February 2, 2005 the full balance due on his/her court ordered:

__X__ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10-5-05
Deputy Clerk                 Date