IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-17 Erie |
| ) | |
| DARRELL W. SIVIK ) | |

## O R D E R

AND NOW, to wit, this _____ day of July, 2007, the Court having considered the motion of the government to destroy certain firearms and ammunition, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall forthwith destroy the following firearms and ammunition:

(a) Sten Mark III 9mm submachine gun with three 30-round magazines;

(b) Chinese SKS assault rifle, Model #11-1528863; Serial #28863

(c) .30 caliber machine gun and packaging material, gun parts displaying the following markings: D-35392-1; B-147299-BA; D-9259-13-B1; 447727

(d) Norinco 9mm semi-automatic pistol, Model 213, Serial #302105

(e) single stack 4" gun magazine, serial #7433;

(f) single stack 4" gun magazine, serial #2105;

      (g) single stack 4" gun magazine, serial #3877;

      (h) box of WOLF 9mm Luger ammunition (50 rounds);

      (i) box of American Eagle 9mm ammunition (approx 50 rounds);

      (j) belt of .30 caliber ammunition, approx. 600 rounds;

      (k) Sten Mark III submachine Gun, Serial #R41434;

      (l) Sten Mark III submachine Gun Serial #294677;

      (m) 17 magazines, approximately 30-round capacity, each containing approximately 20 rounds of 9mm ammunition;

      (n) 1 Sten Mark III submachine gun, serial #3336;

      (o) Sten Mark III submachine gun, serial #G13467;

      (p) Sten Mark III submachine gun, serial #G65770;

      (q) Sten Mark III submachine gun, serial #C190-1; and

      (r) 13 gun magazines, approximately 10" in length, each containing approximately 20 rounds of 9mm ammunition.

 

                                      _____
                                      UNITED STATES DISTRICT JUDGE

cc: United States Attorney